[No. 63219-1-I.   Division One.   June 14, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. VIVIAN KAREN WINSTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-05319-5, Regina S. Cahan, J., entered March 9, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Lau, JJ.

[No. 63276-1-I.   Division One.   June 14, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. KYLE MATTHEW FOX, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-1-02837-7, David A. Kurtz, J., entered April 1, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Cox, J.

[No. 63432-1-I.   Division One.   June 14, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES WALTER STEVENS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-1-02444-4, Bruce I. Weiss, J., entered April 8, 2009. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Appelwick and Schindler, JJ.

[No. 63456-9-I.   Division One.   June 14, 2010.]

ANTHONY JAMES MARTYN ET AL., *Appellants*, v. RICHARD A. DENT ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Island County, No. 08-2-00971-2, Alan R. Hancock, J., entered April 10, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Dwyer, C.J., and Ellington, J.